UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MELISSA TRUMP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO: 1:25-cv-00452-TWP-MJD |
| v. | ) |
| | ) |
| CLINTON COUNTY SHERIFF'S | ) |
| OFFICE and RICHARD KELLY, | ) |
| in his personal and official capacity. | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO LIFT STAY**

This cause is before the Court upon Plaintiff's Unopposed Motion to Stay Proceedings

and Remand to the EEOC. This cause is before the Court on Plaintiff's Unopposed Motion to

Lift Stay. The Court, being duly advised, now GRANTS the Motion.

IT IS THEREFORE ORDERED that the stay entered as to Defendant Richard Kelly on

May 19, 2025, is LIFTED, and this action is RETURNED to the Court's active docket.

SO ORDERED.


Date: 5/29/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana


Distribution:
All ECF-registered counsel of record via email