UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
November 9, 2026

MELISSA TRUMP,

Plaintiff,

v.

Case No: 1:25-cv-00452-TWP-MJD

CLINTON COUNTY SHERIFF'S OFFICE and RICHARD KELLY, in his personal and official capacity,

Defendants.

---

**NOTICE OF SUBSTITUTION OF APPEARANCE**

Comes now attorney Pamela G. Schneeman and, in accordance with S.D. Ind. L.R. 83-7(c), notifies the Court and all parties that:

1. Schneeman is with the same law firm as attorney Liberty L. Roberts; and

2. Schneeman is replacing Roberts as counsel of record for defendants: (a) Clinton County Sheriff's Office; and (b) Richard Kelly (collectively, "Defendants").

WHEREFORE, the Clerk should cause docket to reflect that: (a) Schneeman is counsel of record for Defendants; and (b) Roberts's appearance is withdrawn.

Respectfully submitted,

CHURCH CHURCH HITTLE + ANTRIM

*Pamela G. Schneeman*
Pamela G. Schneeman, Atty. No. 18142-53

*Attorney for Defendants*
*Clinton County Sheriff's Office and Richard Kelly*

CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
Phone: (317)773-2190
Email: pschneeman@cchalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, a copy of the foregoing NOTICE OF SUBSTITUTION OF APPEARANCE was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following counsel of record by operation of the Court's Electronic filing system.

Timothy Dowers
tdowers@jhaskinlaw.com
JOHN H. HASKIN & ASSOCIATES
*Attorney for Plaintiff*

*Pamela G. Schneeman*
Pamela G. Schneeman

CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
Phone: (317)773-2190
Email: pschneeman@cchalaw.com